# EXHIBIT D

| *Notice of Allowability* | Application No. 13/094,428 | Applicant(s) Peng, Kuan-Lin | |
|---|---|---|---|
| | Examiner DINH NGUYEN | Art Unit 2645 | AIA Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>05/30/2018</u>.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>1-4,12,14-16,34 and 36-38</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   - a) ☑ All   b) ☐ Some   *c) ☐ None of the:
     1. ☑ Certified copies of the priority documents have been received.
     2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
     3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file areply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/DINH NGUYEN/
Primary Examiner, Art Unit 2645

Application/Control Number: 13/094,428                                    Page 2
Art Unit: 2645

### Notice of Pre-AIA or AIA Status

1.      The present application is being examined under the pre-AIA first to invent

provisions.

## Notice of Allowability

### Terminal Disclaimer

2.      The terminal disclaimer filed on 04/24/2012 disclaiming the terminal portion of

any patent granted on this application which would extend beyond the expiration date of

the full statutory term of prior patent No. 7,941,195 has been reviewed and is accepted.

The terminal disclaimer has been recorded.

### Examiner's Amendment

3.      An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

        Authorization for this examiner's amendment was given in a telephone interview

with Robert J. Irvine on 07/17/2018.  The Applicant has agreed to an Examiner's

amendment as follows:

        1. (Currently Amended) A protective mask molded for frictional retention to an

exterior housing of a mobile phone having user input and output interfaces, and internal

components including circuitry and a battery, wherein the exterior housing completely

encloses the circuitry and the battery when the mobile phone is fully assembled and

Application/Control Number: 13/094,428                                    Page 3
Art Unit: 2645

ready for use, the exterior housing having an exterior shape formed by a back surface,

and at least portions of opposed side surfaces, the protective mask comprising:

an integrally-formed mask body molded and contoured to conform and

frictionally-fit tightly against the exterior shape of the exterior housing;

an inner surface of the integrally-formed mask body defining an interior space of

the integrally-formed mask body and conforming to and in substantially continuous

surface-to-surface contact with the exterior shape of the exterior housing, with no

substantial space between the inner surface of the integrally-formed mask body and the

exterior shape of the exterior housing; ~~and~~

at least one opening defined by the integrally-formed mask body permitting user

access to at least the user input and output interfaces; and

at least one retainer having an extension protruding laterally inward from the

integrally-formed mask body and toward and into the integrally-formed mask body

interior space, wherein the at least one retainer is retained to the exterior housing at an

exterior housing edge when the mask is coupled to the mobile communication device,

the at least one retainer participating in retaining the integrally-formed mask body to the

mobile communication device.

2. (Previously Presented) The protective mask of claim 1, wherein the integrally-

formed mask body further includes indicia selected from the group consisting of text,

graphic elements and combinations thereof.

3. (Previously Presented) The protective mask of claim 1, wherein the integrally-

formed mask body includes at least one feature opening to permit access to at least one

feature of the mobile phone.

Application/Control Number: 13/094,428                                    Page 4
Art Unit: 2645

     4. (Previously Presented) The protective mask of claim 1, wherein the integrally-formed mask body includes a socket opening corresponding to a socket of the mobile phone and   permitting a user to plug a power supply into the socket to charge the mobile phone.

     5.-11. (Canceled)

     12. (Previously Presented) A protective mask molded for frictional retention to an exterior housing of, and adapted to be coupled to, a mobile communication device having internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and battery when the mobile communication device is fully assembled and ready for use, and wherein the exterior housing has an exterior shape including a back face and at least portions of opposed side surfaces, the protective mask comprising:

     an integrally-formed mask body molded and contoured to conform and frictionally fit to the exterior shape of the exterior housing;

     an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the exterior shape in overlying and protecting relationship; and

     at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body

Application/Control Number: 13/094,428                                   Page 5
Art Unit: 2645

interior space, wherein the at least one retainer is retained to the exterior housing at an

exterior housing edge when the mask is coupled to the mobile communication device,

the at least one retainer participating in retaining the integrally-formed mask body to the

mobile communication device.

13. (Canceled)

14. (Previously Presented) The protective mask of claim 12, wherein the mobile

communication device includes a socket for battery charging and the integrally-formed

mask body defines at least a battery-charging socket opening permitting a power supply

to be  connected to the socket.

15. (Previously Presented) The protective mask of claim 12, wherein the mobile

communication device includes an earphone-connection socket and the integrally-

formed mask body defines at least one earphone-connection socket opening permitting

an earphone to be connected to the earphone-connection socket.

16. (Currently Amended) A mask for attachment to a hand-held mobile phone,

the mobile phone having user input and output interfaces, internal components including

circuitry and a battery, and an exterior housing completely enclosing the circuitry and

battery when the mobile phone is fully assembled and ready for use, the exterior

housing including a first face, a second face and opposed side surfaces there between,

the mask comprising:

an integrally-formed mask body molded to conform to a shape of the exterior

housing; and

inner and outer surfaces, the surfaces defining at least one opening in the

integrally-formed mask body providing access to at least one of the user input and

Application/Control Number: 13/094,428                                    Page 6
Art Unit: 2645

output interfaces, the integrally-formed mask body being configured such that, when the

mask is attached to the mobile phone, the integrally-formed mask body is coextensive

with, contours to and overlies the opposed side surfaces, with substantially no space

between the mask body and the opposed side surfaces; and

at least one retainer having an extension protruding laterally inward from the

integrally-formed mask body and toward and into the integrally-formed mask body

interior space, wherein the at least one retainer is retained to the exterior housing at an

exterior housing edge when the mask is coupled to the mobile communication device,

the at least one retainer participating in retaining the integrally-formed mask body to the

mobile communication device.

17-33. (Canceled)

34. (Currently Amended) A protective mask molded for frictional retention to an

exterior housing of a fully assembled mobile communication device having user input

and output interfaces, the mobile communication device further having internal

components including circuitry and a battery completely enclosed by the exterior

housing, and the exterior housing having an exterior shape formed by a back surface

and at least portions of opposed side surfaces, the protective mask comprising:

an inner surface closely conforming to the exterior shape of the exterior housing

and in substantially continuous surface-to-surface contact with the exterior shape of the

exterior housing, with substantially no space between the inner surface of the protective

mask and the exterior shape when the protective mask is retained to the exterior

housing, the protective mask being molded, integrally formed, contoured and sized to fit

Application/Control Number: 13/094,428                                    Page 7
Art Unit: 2645

tightly against the exterior shape of the exterior housing, thereby providing retention of

the protective mask to the exterior housing; ~~and~~

at least one opening defined by the protective mask permitting user access to at

least the user input and output interfaces; and

at least one retainer having an extension protruding laterally inward from the

integrally-formed mask body and toward and into the integrally-formed mask body

interior space, wherein the at least one retainer is retained to the exterior housing at an

exterior housing edge when the mask is coupled to the mobile communication device,

the at least one retainer participating in retaining the integrally-formed mask body to the

mobile communication device.

35. (Canceled)

36. (Previously Presented) The protective mask of claim 34, wherein the

protective mask further includes indicia selected from the group consisting of text,

graphic elements and combinations thereof.

37. (Previously Presented) The protective mask of claim 34, wherein the

protective mask includes at least one feature opening to permit access to at least one

feature of the mobile communication device.

38. (Previously Presented) The protective mask of claim 34, wherein the

protective mask includes a socket opening corresponding to a socket of the mobile

communication device, permitting a user to plug a power supply into the socket to

charge the mobile communication device.

39-41 (Canceled)

Application/Control Number: 13/094,428                                    Page 8
Art Unit: 2645

### *Allowable Subject Matter*

4.      Claims 1-4, 12, 14-16, 34 and 36-38 are allowed; claims 5-11, 13, 17-33 and 39-41 are canceled.

5.      The following is an examiner's statement of reasons for allowance:

**Independent Claim 1** recites, *inter alia*, conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with no substantial space between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing; at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

**Independent Claim 12** recites, *inter alia*, conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the exterior shape in overlying and protecting relationship; and at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer

Application/Control Number: 13/094,428                                              Page 9
Art Unit: 2645

participating in retaining the integrally-formed mask body to the mobile communication device.

**Independent Claim 16** recites, *inter alia*, the integrally-formed mask body being configured such that, when the mask is attached to the mobile phone, the integrally-formed mask body is coextensive with, contours to and overlies the opposed side surfaces, with substantially no space between the mask body and the opposed side surfaces; and at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

**Independent Claim 34** recites, *inter alia*, inner surface closely conforming to the exterior shape of the exterior housing and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with substantially no space between the inner surface of the protective mask and the exterior shape when the protective mask is retained to the exterior housing, the protective mask being molded, integrally formed, contoured and sized to fit tightly against the exterior shape of the exterior housing, thereby providing retention of the protective mask to the exterior housing; at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device,

the at least one retainer participating in retaining the integrally-formed mask body to the

mobile communication device.

But the prior art fails to disclose, singly or in combination, the limitations, in

combination with the remaining limitations as a whole. Hence the claims are allowed for

that reason.

Dependent Claims are allowed as being dependent upon the allowed

Independent Claim(s).

6.      Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


*Conclusion*

7.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to DINH NGUYEN whose telephone number is (571)270-

3196.  The examiner can normally be reached on 8:00AM-4:00PM M-F.

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, George Eng can be reached on 571-272-7495.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/094,428                                              Page 11
Art Unit: 2645

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/DINH NGUYEN/
Primary Examiner, Art Unit 2645