# EXHIBIT G

Doc Code: EABN
Document Description: Letter Express Abandonment of the application

PTO/AIA/24 (07-17)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# EXPRESS ABANDONMENT UNDER 37 CFR 1.138

**File** the petition electronically using EFS-Web
Or **Mail** the petition to:
**Mail Stop Express Abandonment**
**Commissioner for Patents**
P.O. Box 1450, Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 16/154,515 |
| Filing Date | 10/08/2018 |
| First Named Inventor | Peng, Kuan-Lin |
| Art Unit | 2645 |
| Examiner Name | Nguyen, Dinh |
| Attorney Docket Number | GKM-71068US04 |

Please **check only one** of boxes 1 or 2 below:
*(If no box is checked, this paper will be treated as a request for express abandonment as if box 1 is checked.)*

1. [X] **Express Abandonment**
   I request that the above-identified application be expressly abandoned as of the filing date of this paper.

2. [ ] **Express Abandonment in Favor of a Continuing Application**
   I request that the above-identified application be expressly abandoned as of the filing date accorded the continuing application filed previously or herewith.

**NOTE:** A paper requesting express abandonment of an application is not effective unless and until an appropriate USPTO official recognizes and acts on the paper. See the Manual of Patent Examining Procedure (MPEP), section 711.01.

**TO AVOID PUBLICATION, USE FORM PTO/AIA/24A INSTEAD OF THIS FORM.**

**TO REQUEST A REFUND OF SEARCH FEE AND EXCESS CLAIMS FEE (IF ELIGIBLE), USE FORM PTO/AIA/24B INSTEAD OF THIS FORM.**

I am the:

[ ] applicant.

[X] attorney or agent of record. Attorney or agent registration number is 41,865

[ ] attorney or agent acting under 37 CFR 1.34, who is authorized under 37 CFR 1.138(b) because the application is expressly abandoned in favor of a continuing application (box 2 above must be checked). Attorney or agent registration number is _____.

/Robert J Irvine III/
Signature

04/11/2020
Date

Robert J. Irvine III
Typed or printed name

312-834-4334
Telephone Number

Note: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.138. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process an application). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Express Abandonment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*