# EXHIBIT J

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
APPLICATION FOR UNITED STATES PATENT

| | | | |
|---|---|---|---|
| **Application No.:** | 16/154,515 | ) ) ) | **Atty Docket No.** GKM-71068US04 |
| **Confirmation No.:** | 7104 | ) ) ) | **Applicant:** Gregory Jukyoung Kim |
| **Filing Date:** | 10/08/2018 | ) ) | **Art Unit:** 2645 |
| **Title:** | PROTECTIVE MASK OF MOBILE PHONE | ) ) ) | **Examiner:** Nguyen, Dinh |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### RESPONSE TO NON-FINAL OFFICE ACTION

The applicant respectfully submits this response to the Non-Final Office Action mailed December 27, 2019. Amendments to the Claims begin on page 2 of this paper. Remarks begin on page 9 of this paper.

Applicant generally authorizes the Office to charge any underpayment and credit any overpayment to Deposit Account No. 090435, and to treat this or any subsequent communication that requires an extension of time as incorporating a request for such an extension.

# AMENDMENTS TO THE CLAIMS

**What is Claimed:**

1. (currently amended)    A protective mask molded for frictional retention to an exterior housing of a mobile phone having user input and output interfaces, and internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and the battery when the mobile phone is fully assembled and ready for use, the exterior housing having an exterior shape formed by a back surface, and at least portions of opposed side surfaces, the protective mask comprising:

an integrally-formed mask body molded and contoured to conform and frictionally-fit tightly against the exterior shape of the exterior housing ~~and to cover the back surface of the mobile phone~~;

an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with no substantial space between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing; <u>and</u>

at least a first opening defined by the integrally-formed mask body permitting user access to at least the user input and output interfaces<u>.</u> ~~on a front surface of the mobile phone, the first opening encompassing substantially all of the front surface of the mobile phone including the user input and output interfaces of the mobile phone;~~

~~at least a second opening defined by the integrally-formed mask body corresponding to a power supply socket of the mobile phone and enabling access to the power supply socket;~~

~~access means for providing access to a function key on a side surface of the mobile phone; and~~

~~at least one inwardly-protruding flange forming a portion of the integrally-formed mask body and having a lateral extension protruding into the interior space of the integrally-formed mask body and toward the mobile phone to engage a front edge of the exterior housing when the mask is coupled to the mobile phone, the flange and edge engagement participating in retention of the integrally-formed mask body to the mobile phone, and the at least one inwardly-protruding~~

2

Atty Docket No. GKM-71068US04

~~flange engaging the front edge by wrapping around a portion of the exterior housing and leaving open to user access substantially all of the front surface of the mobile phone, including the user input and output interfaces on the front surface of the mobile phone.~~

2. (original)   The protective mask of claim 1, wherein the integrally-formed mask body further includes indicia selected from the group consisting of text, graphic elements and combinations thereof.

3. (original)   The protective mask of claim 1, wherein the integrally-formed mask body includes at least one feature opening to permit access to at least one feature of the mobile phone.

4. (canceled)

5. (canceled)

6. (currently amended)   A protective mask molded for frictional retention to an exterior housing of, and adapted to be coupled to, a mobile communication device having internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and battery when the mobile communication device is fully assembled and ready for use, and wherein the exterior housing has an exterior shape including a back face and at least portions of opposed side surfaces, the protective mask comprising:

an integrally-formed mask body molded and contoured to conform and frictionally fit to the exterior shape of the exterior housing ~~and to cover the back face of the mobile communication device~~; and

an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the back face of the exterior shape in overlying and protecting relationship[[;]].

3

Atty Docket No. GKM-71068US04

~~at least one opening defined by the integrally-formed mask body corresponding to a power supply socket of the mobile communication device and enabling access to the power supply socket;~~

~~one or more holes in a side of the integrall-formed mask body positioned in alignment with at least one function key on a side surface of the mobile communication device; and~~

~~at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at a front exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device, and the at least one retainer engaging a curved portion of the front edge by wrapping around the curved portion of the exterior housing and leaving open to user access substantially all of the front surface of the mobile communication device, including the user input and output interfaces on the front surface of the mobile communication device.~~

7. (canceled)

8. (canceled)

9. (original)    The protective mask of claim 6, wherein the mobile communication device includes an earphone-connection socket and the integrally-formed mask body defines at least one earphone-connection socket opening permitting an earphone to be connected to the earphone-connection socket.

10. (currently amended)    A mask for attachment to a hand-held mobile phone, the mobile phone having user input and output interfaces, internal components including circuitry and a battery, and an exterior housing completely enclosing the circuitry and battery when the mobile phone is fully assembled and ready for use, the exterior housing including a first face, a second face and opposed side surfaces there between, the mask comprising:

an integrally-formed mask body molded to conform to a shape of the exterior housing ~~and to cover the second face being a back face of the mobile phone~~; and

4

inner and outer surfaces, the surfaces defining at least a first opening in the integrally-formed mask body providing access to at least one of the user input and output interfaces, the integrally-formed mask body being configured such that, when the mask is attached to the mobile phone, the integrally-formed mask body is coextensive with, contours to and overlies the opposed side surfaces, with substantially no space between the mask body and the opposed side surfaces.~~, the first opening encompassing substantially all of the first face being a front surface of the mobile phone including the user input and output interfaces of the mobile phone;~~

~~at least a second opening defined by the integrally-formed mask body corresponding to a power supply socket of the mobile phone and enabling access to the power supply socket.~~

11. (original)   The protective mask of claim 10, further comprising at least one inwardly-protruding flange forming a portion of the mask and engaging an edge of the exterior housing when the protective mask is coupled to the mobile phone, the flange-and-edge engagement participating in retaining the mask to the mobile phone.

12. (currently amended)     A protective mask molded for frictional retention to an exterior housing of a fully assembled mobile communication device having user input and output interfaces, the mobile communication device further having internal components including circuitry and a battery completely enclosed by the exterior housing, and the exterior housing having an exterior shape formed by a back surface and at least portions of opposed side surfaces, the protective mask comprising:

an inner surface closely conforming to the exterior shape of the exterior housing and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with substantially no space between the inner surface of the protective mask and the exterior shape when the protective mask is retained to the exterior housing, the protective mask being molded, integrally formed, contoured and sized to fit tightly against the exterior shape of the exterior housing ~~and to cover the back surface of the mobile communication device~~, thereby providing retention of the protective mask to the exterior housing; and

at least ~~a first~~ one opening defined by the protective mask permitting user access to at least the user input and output interfaces.~~ on a front surface of the mobile communication device,~~

5

~~the first opening encompassing substantially all of the front surface of the mobile communication device including the user input and output interfaces of the mobile communication device;~~

~~at least a second opening defined by the integrally formed mask body corresponding to a power supply socket of the mobile communication device and enabling access to the power supply socket;~~

~~access means for providing access to a function key on a side surface of the mobile communication device; and~~

~~at least one inwardly protruding flange forming a portion of the protective mask and extending inward toward the mobile communication device to engage a front edge of the exterior housing when the protective mask is attached to the mobile communication device, the flange and edge engagement retaining the protective mask to the mobile communication device, and the at least one inwardly protruding flange engaging the front edge by wrapping around a portion of the exterior housing and leaving open to user access substantially all of the front surface of the mobile communication device, including the user input and output interfaces on the front surface of the mobile communication device.~~

13. (canceled)

14. (original)  The protective mask of claim 12, wherein the protective mask further includes indicia selected from the group consisting of text, graphic elements and combinations thereof.

15. (original)  The protective mask of claim 12, wherein the protective mask includes at least one feature opening to permit access to at least one feature of the mobile communication device.

16. (canceled)

17. (currently amended)     A protective mask adapted to be quickly coupled to, and quickly decoupled from, a fully-assembled mobile communication device having user input and output interfaces and an exterior housing, the exterior housing having an exterior shape formed by a back surface, and at least portions of opposed side surfaces, the protective mask comprising:

6

an inner surface in substantially continuous surface-to-surface contact with the exterior shape and configured to cover the back surface of the mobile communication device, with substantially no space between the inner surface and the exterior shape;

at least ~~a first~~ one opening defined by the protective mask permitting user access to at least the user input and output interfaces. ~~on a front surface of the mobile communication device, the first opening encompassing substantially all of the front surface of the mobile communication device including the user input and output interfaces of the mobile communication device;~~

~~at least a second opening defined by the integrally-formed mask body corresponding to a power supply socket of the mobile communication device and enabling access to the power supply socket;~~

~~access means for providing access to a function key on a side surface of the mobile communication device; and~~

~~at least one inwardly-protruding flange forming a portion of the protective mask and engaging a front edge of the exterior housing when the protective mask is coupled to the mobile communication device, the flange and edge engagement at least participating in retaining the protective mask to the mobile communication device, and the at least one inwardly-protruding flange engaging the front edge by wrapping around a portion of the exterior housing and leaving open to user access to substantially all of the front surface of the mobile communication device, including the user input and output interfaces on the front surface of the mobile communication device.~~

18. (canceled)

19. (new) The protective mask of claim 1, wherein the integrally-formed mask body includes a socket opening corresponding to a socket of the mobile phone and permitting a user to plug a power supply into the socket to charge the mobile phone.

20. (new) The protective mask of claim 1, further comprising at least one inwardly-protruding flange forming a portion of the integrally-formed mask body and having a lateral extension protruding into the interior space of the integrally-formed mask body and toward the mobile phone to engage an edge of the exterior housing when the mask is coupled to the mobile

7

phone, the flange-and-edge engagement participating in retention of the integrally-formed mask body to the mobile phone.

21. (new) The protective mask of claim 6, wherein the protective mask further comprises at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

22. (new) The protective mask of claim 6, wherein the mobile communication device includes a socket for battery charging and the integrally-formed mask body defines at least a battery-charging socket opening permitting a power supply to be connected to the socket.

23. (new) The protective mask of claim 12, further including at least one inwardly-protruding flange forming a portion of the protective mask and extending inward toward the mobile communication device to engage an edge of the exterior housing when the protective mask is attached to the mobile communication device, the flange-and-edge engagement retaining the protective mask to the mobile communication device.

24. (new) The protective mask of claim 12, wherein the protective mask includes a socket opening corresponding to a socket of the mobile communication device, permitting a user to plug a power supply into the socket to charge the mobile communication device.

25. (new) The protective mask of claim 17, wherein the protective mask further comprises at least one inwardly-protruding flange forming a portion of the protective mask and engaging an edge of the exterior housing when the protective mask is coupled to the mobile communication device, the flange-and-edge engagement at least participating in retaining the protective mask to the mobile communication device.