# EXHIBIT N

# H ALLER  L AW

**230 E Delaware Pl, Ste 5E**
**Chicago, IL 60611**
**Phone: (630) 336-4283**
www.haller-iplaw.com

December 17, 2019

Timothy J. Haller
haller@haller-iplaw.com

Confidential / Subject To
Rule 408, Fed. Rules Of Evid.

***Via First Class Mail and Email***
John Webber
President
CARVED, LLC
610 W Crawford St
Elkhart, IN 46528
john@adstreaminc.com

**Re:   BelAir Electronics, Inc. – Patent Portfolio Licensing and Enforcement – Carved, LLC**

Dear Mr. Webber:

I represent BelAir Electronics, Inc. ("BelAir") with respect to the licensing and enforcement of its patent portfolio. I write to you because certain Carved, LLC "Carved" products appear to implicate BelAir's patent portfolio.

BelAir is the owner and developer of three issued United States Patents and one pending US Patent Application (the "BelAir Portfolio") with a priority date as early as November 17, 2000. While there are 34 total claims to date, the patented inventions generally relate to masks for mobile electronic devices. The BelAir Portfolio is summarized in the table below:

| Patent No. | Title | Serial No. | Filing Date | Issue Date |
|---|---|---|---|---|
| 7,194,291 | Protective Mask of Mobile Phone | 09/888,488 | 06/26/2001 | 03/20/2007 |
| 7,941,195 | Protective Mask of Mobile Phone | 11/673,237 | 02/09/2007 | 05/10/2011 |
| 10,097,676 | Protective Mask of Mobile Phone | 13/094,428 | 04/26/2011 | 10/09/2018 |
| TBD | Protective Mask of Mobile Phone | 16/154,515 | 10/08/2018 | N/A |

We understand that Carved products – including, but not limited to, Carved Live Edge protective masks for mobile devices – appear to embody at least some of the patented inventions of the BelAir Portfolio. Our purpose in writing Carved is to acquaint Carved with the BelAir Portfolio and to open a dialogue for Carved to obtain a full

**Florida Office: 15036 Pratolino Way, Naples, FL 34110**

Mr. John Webber
December 17, 2019
Page 2 of 2

release and license under the BelAir Portfolio. It is our hope that this matter can be quickly resolved in an efficient fashion for all concerned.

Please contact me at your convenience to discuss the contents of this letter, the possibility of a license, and any other questions you may have regarding BelAir or the BelAir Portfolio. Copies of these patents and related file histories are available upon request for downloading via a link.

BelAir looks forward to exchanging information and engaging in good-faith discussions in an efficient and cost-effective manner. If you have any questions, please contact myself or Mr. Charles Chamberlain of TigerIP Ventures (BelAir's IP Monetization and Investment Advisor) at (404) 480-0125 or via email at cc@tigeripventures.com.

The BelAir licensing team looks forward to hearing from you.

Very truly yours,

Timothy J. Haller

TJH

Cc:
Mr. Charles Chamberlain, TigerIP Ventures, LLC cc@tigeripventures.com