# EXHIBIT O

# HALLER LAW
**230 E Delaware Pl, Ste 5E**
**Chicago, IL 60611**
**Phone: (630) 336-4283**
**www.haller-iplaw.com**

March 9, 2020

Timothy J. Haller
haller@haller-iplaw.com

Confidential / Subject To
Rule 408, Fed. Rules Of Evid.

*Via Email*
John Webber
President
CARVED, LLC
610 W Crawford St
Elkhart, IN 46528
john@adstreaminc.com

**Re:** **BelAir Electronics, Inc. ("BelAir") – Patent Portfolio Licensing and Enforcement – Carved, LLC ("Carved")**

Dear Mr. Webber:

As you are aware, we represent BelAir with respect to the licensing and enforcement of its patent portfolio. We previously sent correspondence to Carved on 12/17/2019 because certain Carved products appear to implicate BelAir's Patent Portfolio. No response was received from Carved, so we are writing to you a second time with the hopes to amicably begin a dialogue in the coming weeks before other options to engage in discussions become necessary.

As you may recall, BelAir is the owner and developer of patented technology related to protective masks for mobile electronic devices (the "BelAir Portfolio") and has a priority date as early as November 17, 2000.

As an exemplary infringing product, we believe that Wood+Resin cases (e.g., https://www.carved.com/collections/iphone-xs-wood-resin-cases/products/iphone-xs-wood-resin-case-jaspreet-dark-blue-115633) would be a good representation and appears to implicate several claims of the patented technologies disclosed in the BelAir Portfolio. Furthermore, we believe protective masks similar in function as illustrated in the above Wood+Resin cases (both one and two piece masks) made for mobile phones or tablets branded by any device manufacturer (e.g., Apple, Samsung, LG, Motorola, HTC, Google, Amazon, ZTE, Huawei, Microsoft, Sony, Xiaomi, OnePlus, among others) would need a license and release to the Belair Portfolio.

**Florida Office: 15036 Pratolino Way, Naples, FL 34110**

Mr. John Webber
March 9, 2020
Page 2 of 2

We would like to assist your review, as there are 34 issued claims in the BelAir Portfolio. Below, we are providing you some of the independent claims that we believe would be a good start for discussion (many dependent claims as well would be applicable):

- 7,194,291 – Ind. Claim 9
- 7,941,195 – Ind. Claim 9
- 10,097,676 – Ind. Claims 1, 5, 8, and 9

Again, our purpose in writing Carved is to open an amicable dialogue for Carved to obtain a full release and license under the BelAir Portfolio. It is our hope that this matter can be quickly resolved in an efficient manner outside of litigation. We have attached copies of the above listed representative patents.

Please contact me to discuss the contents of our letters, the possibility of a license, and any other questions you may have regarding BelAir or the BelAir Portfolio or contact Mr. Charles Chamberlain of TigerIP Ventures (BelAir's IP Monetization and Investment Advisor) at (404) 480-0125 or via email at cc@tigeripventures.com.

Very truly yours,

Timothy J. Halle

TJH

Cc:
Mr. Charles Chamberlain, TigerIP Ventures, LLC
Via Email cc@tigeripventures.com