# EXHIBIT P

| | |
|---|---|
| **From:** | Charles Chamberlain |
| **To:** | john@adstreaminc.com; help@carved.com; info@adstreaminc.com; john@carved.com |
| **Cc:** | Timothy Haller; Katy Dickman |
| **Subject:** | RE: BelAir Electronics, Inc. ("BelAir") – Patent Portfolio Licensing and Enforcement – Carved, LLC ("Carved") |
| **Date:** | Friday, April 17, 2020 11:17:36 AM |
| **Attachments:** | image003.png |

**Confidential / Subject To Rule 408, Fed. Rules Of Evid.**

John,

We have not heard from Carved regarding the Belair patent portfolio, the exemplary infringing product(s) and the representative claims provided in previous correspondences.  We want to be sensitive to the current situation regarding COVID19; however, we will move forward with litigation as your silence only confirms our thoughts on infringement.  Furthermore, our attempts to engage in good faith discussions outside the courts, and your lack of responding, will be reflected in the complaint as well as the willful violation of US intellectual property laws. Belair is a reasonable client and a discounted pre-litigation offer can be had if the parties can enter into discussion **by Friday, April 24, 2020.**   The choice is yours.

I hope you and your family are safe and healthy,

Regards,
Charlie

TigerIP Ventures
Patent Monetization & Investments

*Charles W. Chamberlain*
Chief Executive Officer
Office:  (404) 480-0125
Mobile: (404) 457-2421

www.tigeripventures.com

CONFIDENTIALITY: The information transmitted (including attachments) is covered by the Electronic Privacy Act, U.S.C. 2510-2521 and is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**From:** Katy Dickman <dickman@haller-iplaw.com>
**Sent:** Tuesday, March 10, 2020 2:48 PM
**To:** john@adstreaminc.com

**Cc:** Timothy Haller <haller@haller-iplaw.com>; Charles Chamberlain <cchamberlain@tigeripventures.com>
**Subject:** Re: BelAir Electronics, Inc. ("BelAir") – Patent Portfolio Licensing and Enforcement – Carved, LLC ("Carved")

<u>**SENT ON BEHALF OF TIMOTHY J. HALLER**</u>

**Confidential / Subject To Rule 408, Fed. Rules Of Evid.**

Dear Mr. Webber:

Attached are the three patents referenced in our letter sent yesterday. They were inadvertently omitted from the email transmission.

Kind regards,
Katy

Attachments: 3

---

**From:** Katy Dickman <dickman@haller-iplaw.com>
**Date:** Monday, March 09, 2020 at 14:41
**To:** "john@adstreaminc.com" <john@adstreaminc.com>
**Cc:** Tim Haller <haller@haller-iplaw.com>, Charlie Chamberlain <cc@tigeripventures.com>
**Subject:** BelAir Electronics, Inc. ("BelAir") – Patent Portfolio Licensing and Enforcement – Carved, LLC ("Carved")

<u>**SENT ON BEHALF OF TIMOTHY J. HALLER**</u>

**Confidential / Subject To Rule 408, Fed. Rules Of Evid.**

Dear Mr. Webber:

Please see attached follow up correspondence regarding BelAir's licensing program.

Kind regards,
Katy

Attachments: 1
---------------------------------------------------------
Katy Dickman
Paralegal



230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Direct – (847) 863-6702
dickman@haller-iplaw.com
www.haller-iplaw.com

*******************************
** LEGAL DISCLAIMER **

*******************************

This email message and any attachments may contain legally privileged, confidential or proprietary information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this email message from your computer.