# EXHIBIT Q

| | |
|---|---|
| **From:** | Charles Chamberlain |
| **To:** | John Handy |
| **Cc:** | Gabriel Opatken; Timothy Haller; dickman@haller-iplaw.com |
| **Subject:** | BelAir Licensing Program |
| **Date:** | Tuesday, October 20, 2020 9:00:24 AM |

**CONFIDENTIAL SUBJECT TO FRE 408**

John,

TigerIP Ventures is BelAir's patent monetization business advisor and am reaching out to Carved after our recent sur-reply to Carved's motion. While we are confident that the motion will be denied, we are also interested exploring settlement potential sooner rather than later. I believe we have not discussed any parameters of a license and release to the portfolio with Carved, but the best license agreement to be had would be a flagship deal. We are currently engaged in licensing discussions with another company and we wanted to offer you an opportunity to explore a license while the flagship potential still exists. To be honest, we would rather give the flagship discount to Carved as we like the artistry, time and effort they put into their cases and respect that they are made here in the USA.

My client's approach to licensing is fair and we think it appropriate in Carved's situation to negotiate a license based on a price per unit sold (as opposed to a royalty on applicable revenues). In other words, Carved would not be paying a license fee on the unique wood grain effects, which is one of the drivers for Carved to demand a price three time more than competitors that lack artistic additions to plain and ordinary protective cases.  Instead, the license fee per case would cover the patented technology and not depend on other value added features unique to Carved.

With that said, we believe a flagship deal in the five figures can be had with Carved if we could reach agreement promptly.  If interested, we should schedule a call to discuss soon.

Regards,
Charlie

## TigerIP Ventures
Patent Monetization & Investments

*Charles W. Chamberlain*
Chief Executive Officer
Office:  (404) 480-0125
Mobile: (404) 457-2421

www.tigeripventures.com

CONFIDENTIALITY: The information transmitted (including attachments) is covered by the Electronic Privacy Act, U.S.C. 2510-2521 and is intended only for the person(s) or entity/entities to which it is

addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.